UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGUSTIN DE JESUS CARO-CONDE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS, et al.,<br><br>Defendants. | Case No. 18-cv-05466-RS<br><br>**ORDER TO SHOW CAUSE** |

In this habeas action, Petitioners Agustin de Jesus Caro-Conde and Jose Mariano Bonilla Rosales seek preliminary relief requiring that they be released from the custody of Immigration & Customs Enforcement or, at a minimum, returned to Northern California. Defendants are hereby ordered to show cause, no later than October 29, 2018, why a preliminary injunction requiring Petitioners return should not be granted. Petitioners may file a reply within two days thereafter. The matter will then be submitted for decision or set for hearing at the Court's discretion.

**IT IS SO ORDERED**.

Dated: 10/22/18

RICHARD SEEBORG
United States District Judge