UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE MARIANO BONILLA ROSALES,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW WHITAKER, et al.,<br><br>Defendants. | Case No. 18-cv-05466-RS<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Petition as Moot, issued concurrently with this order, the Court hereby enters judgment in favor of Respondents and against Petitioner Jose Mariano Bonilla Rosales.

**IT IS SO ORDERED**.

Dated: January 23, 2019

RICHARD SEEBORG
United States District Judge